IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 21-45-M-KLD |
| 4101 Highway 93 South, Unit 164, Missoula, MT 59804 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

    IT IS SO ORDERED.

    DATED this 22nd day of March, 2021.

                                                   _____
                                                   Kathleen L. DeSoto
                                                   United States Magistrate Judge